# Mark S. DeMarco

Attorney At Law
3867 East Tremont Avenue
Bronx, New York 10465
718 239 7070
Fax 718-239-2141
MSDLaw@aol.com

February 13, 2019

The Honorable Ronnie Abrams
United States District Judge
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

**BY ECF**

        Re: *United States v. Amir Ghahremanpour*
           16 Cr. 749 (RA)

Your Honor:

  The enclosed letter from Mr. Ghahremanpour's sister is submitted to supplement his previously filed sentencing submissions.

  Thank you for your attention to this matter.

            Respectfully submitted,

            *Mark S. DeMarco*

            Mark S. DeMarco
            Attorney for Amir Ghahremanpour

cc: Nathan Rehn, Esq.
   David Denton, Esq.
   Assistant United States Attorneys
   By ECF