Sarvi Ghahremanpour
767 Dovercourt Rd. #204
Toronto, Ontario
Canada

February 11, 2019

**Honourable Ronnie Abrams**
**United States District Judge**

### Letter in support of inmate Amirali Ghahremanpour

Dear Honourable Ronnie Abrams,

   My name is Sarvi Ghahremanpour. I am writing this letter to attest to my brothers good character in spite of him being guilty of this crime.

   I am 37 years old and for the past 16 years I have been the general manager at a well known high end clothing boutique in Toronto, Canada called "Over The Rainbow". I am a hard working, upstanding citizen, active community member and leader in the industry in which I work. As such, I believe myself to be an excellent judge of character. I am Amirs older sister and I have known him since the day he was born. It is my belief that he has learned his lesson. Given the chance and under our father's supervision I believe Amir will once again be a successful, helpful member of society.

   Growing up Amir was involved in his schools extracurricular activities. He attended Montessori school and always volunteered to stay longer to assist teachers in taking care of the younger students. He was top of his class in high-school entering a prestigious Canadian University with a high GPA. Amir is a good person and prior to this crime he had been a helpful, kind person and an amazing brother.

   While Amir attended school he worked for me part time as a sales associate. He is hard working, helpful and a great team player. We run a charity event every summer to raise money for Toronto's Sick Kid's Children Hospital. Amir was always kind, friendly and helpful when volunteering his time. Thanks to his help our company was able to raise a large amount of money each year he participated.

   Unfortunately, after our parents separation Amir lost his sense of direction and has made some awful choices in life. However, since his incarceration he has expressed to me a great deal of remorse. I have spoken to him regularly over the phone and he has a solid plan for his future upon release. He badly wants to get on the right path and is determined to make a better life for himself and those around him.

It is my belief that he has learned from his mistakes and if given a chance, he will again be a useful and law biding citizen. With the support of my father and I we will assist in guiding Amir to the right path in building a better future for himself. He will be living with my father Behrooz Ghahremanpour and he will be helping with the family business 'Econo Air Heating and Cooling". He will also be enrolling in the HVAC course and will continue his future in this industry. Through these endeavours and the lessons he's learned from the mistakes he's made, I'm confidant that he will succeed in turning his life around.

Thank you for your time and favourable consideration.

Regards,

Sarvi Ghahremanpour